Case 1:26-cv-02826-CM    Document 11    Filed 06/09/26    Page 1 of 1

# Ford. Marrin

Ford Marrin Esposito
Witmeyer & Gleser, LLP

Wall Street Plaza, 16th Floor
New York, NY 10005
Tel +1 212 269 4900
Fax +1 212 344 4294

JOHN A. MATTOON
jmattoon@fordmarrin.com

www.fordmarrin.com

MEMO ENDORSED

June 9, 2026

*OK, extension granted. Conference adjourned to 9/11/2026 at 10:00 AM.*

**VIA ECF**
Hon. Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007-1312

RE:    **Mt. Hawley Ins. Co. v. Bill Miller Bar-B-Q Enterprises,**
       **Case No.: 1:26-cv-2826-CM**
       <u>Letter Motion – Initial Conference Adjournment Request</u>

Dear Judge McMahon:

*Colleen McMahon 6/9/2026*

        We are counsel for Plaintiff Mt. Hawley Insurance Company ("Mt. Hawley") in the above matter. This letter is being submitted jointly on behalf of Mt. Hawley and defendant Bill Miller Bar-B-Q Enterprises, LLC ("Defendant") pursuant to Rule I.D of Your Honor's Individual Rules & Practices, in order to request an adjournment of: (i) the Initial Pretrial Conference, scheduled for June 11, 2026; and (ii) the deadline to submit a proposed Civil Case Management Plan and Scheduling Order, currently scheduled for June 9, 2026.

        The reason for the adjournment is that the parties are currently in the process of negotiating a resolution of the dispute that is the subject of this litigation.

        This is the parties' first request for an adjournment.

        Counsel for Defendant consents and joins in this request.

                                        Respectfully submitted,

                                        John A. Mattoon

cc:    All counsel (via ECF)