Ford. Marrin

Ford Marrin Esposito
Witmeyer & Gleser, LLP

Wall Street Plaza, 16th Floor
New York, NY 10005
Tel +1 212 269 4900
Fax +1 212 344 4294

JOHN A. MATTOON
jmattoon@fordmarrin.com
www.fordmarrin.com

DO ... ELECTRONICALLY FILED DOC # DATE FILED: 9/10/2026

MEMO ENDORSED

September 10, 2026

**VIA ECF**
Hon. Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Ok, conference adjourned.
Colleen McMahon
9/10/2026

**RE: Mt. Hawley Ins. Co. v. Bill Miller Bar-B-Q Enterprises**
**Case No.: 1:26-cv-2826-CM**
**Letter Motion – Initial Conference Adjournment Request**

Dear Judge McMahon:

We are counsel for Plaintiff Mt. Hawley Insurance Company ("Plaintiff") in the above matter. This letter is being submitted jointly on behalf of Plaintiff and defendant Bill Miller Bar-B-Q Enterprises, LLC ("Defendant") pursuant to Rule I.D of Your Honor's Individual Rules & Practices, in order to request an adjournment of the Initial Pretrial Conference, scheduled for September 11, 2026 at 10:00 am.

The parties are currently engaged in settlement negotiations concerning the dispute that is the subject of this litigation. Specifically, the parties are negotiating the terms of a settlement agreement, which was recently exchanged between the parties.

The parties recognize that this request is being made less than 48 hours prior to the scheduled conference. Accordingly, unless the Court advises otherwise, the parties will be prepared to appear at tomorrow's conference. The parties nevertheless wished to advise the Court of the current status of the matter and respectfully request an adjournment to allow the parties additional time to pursue their settlement discussions.

This is the parties' second request for an adjournment. Counsel for Defendant consents and joins in this request.

Respectfully submitted,

John A. Mattoon

cc: All counsel (via ECF)